**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RODNEY CHARLES WHITE, SR.                                                      PLAINTIFF

V.                                        3:09-CV-00202 WRW

CITY OF BLYTHEVILLE; BLYTHEVILLE
POLICE DEPARTMENT; TERRY WINKLE,
Officer, Blytheville Police Department; WAL-MART
STORES, INC.; RODNEY RICHARDSON, former
Wal-Mart Employee, current Officer of the
Blytheville Police Department; and DOES, Mayor
of Blytheville and Chief of the Blytheville
Police Department                                                              DEFENDANTS

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from this Judgment would not be taken

in good faith.

DATED this 1st day of December, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE